**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-2309**

_____

In Re: A. H. ROBINS COMPANY, INCORPORATED,

                                                    Debtor.

_____

JOYCE A. MAKSIMUK,

                                    Claimant - Appellant,

        versus

DALKON SHIELD CLAIMANTS TRUST,

                                        Trust - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, District
Judge; Robert R. Merhige, Jr., Senior District Judge; Blackwell N.
Shelley, Bankruptcy Judge.  (CA-85-1307-R)

_____

Submitted:  June 15, 1999            Decided:  June 30, 1999

_____

Before WIDENER, HAMILTON, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Gregory T. Zalecki, Sterling Heights, Michigan, for Appellant.
Orran L. Brown, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joyce A. Maksimuk appeals the district court's order denying her second motion to vacate the arbitration award in this matter seeking compensation for injuries allegedly sustained as a result of using of the Dalkon Shield. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See In re: A.H. Robins Co., Inc. (Maksimuk v. Dalkon Shield Claimants Trust), No. CA-85-1307-R (E.D. Va. July 31, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED